IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRANDON HARRIS,** | * | |
| **Petitioner** | * | CIVIL ACTION NO. JKB-14-0086 |
| v. | * | CRIMINAL NO.  JKB-12-0348 |
| **UNITED STATES OF AMERICA,** | * | |
| **Respondent** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Court has carefully reviewed Mr. Harris's MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (ECF No. 185) as well as the Government's RESPONSE IN OPPOSITION (ECF No. 196).  Mr. Harris did not file a reply.

The Court will deny the Motion.  A thorough review of Mr. Harris's Motion, the Government's Response, and, most importantly, the record in this case reveal that the defendant was not deprived of the effective assistance of counsel.  From the record, there is no basis for concluding that counsel failed to raise a valid defense.  There is no basis for concluding that the defendant was subject to an impermissible or unlawful prosecutorial strategy.  The colloquy at the time of the guilty plea reveals that the defendant was fully informed, that he acted voluntarily, and that he was fully satisfied with the representation of his attorney.  Mr. Harris received effective assistance from his counsel during plea bargaining.  His entrapment claim is without merit for the reasons set out in the Government's Memorandum (*see* ECF No. 196).  He has proffered insufficient grounds to support his contention of a violation of his equal protection and/or his due process rights.

For the foregoing reasons, defendant's MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE shall be DENIED. A separate order shall follow.

Dated this <u>4th</u> day of August, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge